## Commonwealth ex rel. Weaver, Appellant, *v.* Maroney.

Submitted November 14, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Joseph Weaver,* appellant, in propria persona.

*A. J. DeMedio,* Assistant District Attorney, and *Michael A. Hanna,* District Attorney, for appellee.

OPINION PER CURIAM, December 12, 1962:
The order of the court below refusing the writ is affirmed on the opinion of President Judge ROY I. CARSON reported in 28 Pa. D. & C. 2d 571.